and Sherman, JJ.; Finch, P. J., and Martin, J., dissent and vote for reversal on the authority of *Jenkins* v. *Moyse* (254 N. Y. 319).

MARCIA ESTARDUS, Respondent, v. HARRY K. THAW, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FRANCES BAUSO, Respondent, v. JOSEPH BAUSO, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JENNIE DEUTSCH, Appellant, v. THE BANK OF UNITED STATES and JOSEPH A, BRODERICK, as Superintendent of Banks, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ISAAC H. PELLER, Appellant, v. JOHN J. DILLON, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MAX SCHEUER, as Most Puissant Sovereign Grand Commander of and for the Supreme Council of Sovereign Grand Inspectors General of the Twenty-third and Last Degree, A. A. S. R., for the United States of America, Its Territories and Dependencies, and Another, Appellants, v. LEON M. ABBOT, as Most Puissant Sovereign Grand.Commander of and for the Supreme Council, Thirty-third Degree, A. A. S. R., for the Northern Masonic Jurisdiction of the United States of America, and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ERNEST H. WHITING and LESLIE E. WHITING, Copartners, etc., and Others, Respondents, v. MORRIS FRANKEL and Others, Defendants, Impleaded with WARNER-QUINLAN COMPANY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HAMILTON TRUST COMPANY OF PATERSON, NEW JERSEY, Respondent, v. AMERICAN CREDIT INDEMNITY COMPANY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CATHERINE DUFFY, Respondent, v. LOUIS EISENSTADT, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST BATTAGLIA, Appellant.— Judgment and order affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.